IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

CAMILLE Y. FORD,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:08-0241

UNITED STATES OF AMERICA, et al.,

    Defendants.

**<u>MEMORANDUM OPINION AND ORDER</u>**

By Standing Order, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C.A. § 636(b)(1)(B).  Magistrate Judge VanDervort submitted to the court his Findings and Recommendation on July 11, 2011, in which he recommended that the District Court dismiss plaintiff's complaint without prejudice for failure to prosecute and remove this matter from the court's docket.

In accordance with the provisions of 28 U.S.C.A. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Findings and Recommendation.  The failure of any party to file such objections constitutes a waiver of such party's right to a <u>de novo</u> review by this court.  <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989).

The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within the applicable time

period.   Having reviewed the Findings and Recommendation filed by

Magistrate Judge VanDervort, the court adopts the findings and

recommendations contained therein.   Accordingly, the court hereby

**DISMISSES** plaintiff's complaint without prejudice and directs the

Clerk to remove this case from the court's active docket.

The Clerk is directed to forward a copy of this Memorandum

Opinion and Order to plaintiff, pro se, and counsel of record.

**IT IS SO ORDERED** this 5th day of August, 2011.

ENTER:

David A. Faber
Senior United States District Judge

2